IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| "NAZARBAYEV FUND" PRIVATE FUND,<br><br>                              Plaintiff,<br>v.<br><br>JOURNALISM DEVELOPMENT NETWORK, INC.<br><br>                              Defendant. | Civil Action No. 22-cv-1880 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Plaintiff, certify that to the best of my knowledge and belief, "Nazarbayev Fund" Private Fund is a non-profit organization, formed under the laws of Kazakhstan, which issues no stock and has no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of "Nazarbayev Fund" Private Fund, which have any outstanding securities in the hands of the public.

Dated: July 29, 2022

                                        Respectfully Submitted,

                                        By:    /s/ Michael S. Mitchell

                                        BOIES SCHILLER FLEXNER LLP

                                        Michael Mitchell (Bar No. 30352)
                                        1401 New York Ave, NW
                                        Washington, DC 20005
                                        Tel.: (202) 237-2727
                                        Fax: (202) 237-6131
                                        mmitchell@bsfllp.com

Matthew L. Schwartz (*pro hac vice* pending)
55 Hudson Yards
New York, New York 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com

Joseph F. Kroetsch (*pro hac vice* pending)
333 Main Street
Armonk, New York 10504
Tel.: (914) 749-8388
Fax: (914) 749-8300
jkroetsch@bsfllp.com