**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| "NAZARBAYEV FUND" PRIVATE FUND,<br><br>*Plaintiff*,<br><br>*v.*<br><br>JOURNALISM DEVELOPMENT NETWORK, INC.,<br><br>*Defendant*. | Civil Action No. 22-cv-1880-JRR |

## <u>DEFENDANT JOURNALISM DEVELOPMENT NETWORK, INC.'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, the undersigned counsel for Defendant Journalism Development Network, Inc. ("JDN") hereby certifies that:

1.      JDN has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2.      JDN has no direct subsidiaries, indirect subsidiaries, or corporate affiliates that may have a financial interest in the outcome of this litigation.

3.      Axis Capital Holdings Ltd., an insurer of JDN, may have a financial interest in the outcome of this litigation.

4.      Upon information and belief, other than the insurance carrier listed herein, no other non-party has a financial interest in the outcome of this litigation.

Dated: November 15, 2022

Respectfully submitted,

 /s/ *Andrew S. Tulumello*
Andrew S. Tulumello (Bar No. 15494)
Mark A. Perry (admission pending)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Fax: 202.857.0940
drew.tulumello@weil.com
mark.perry@weil.com

Mark I. Pinkert (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: 305.577.3148
Fax: 305.374.7159
mark.pinkert@weil.com

Benjamin A. Apfel (admitted *pro hac vice*)
Nicholas J. Reade (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8000
benjamin.apfel@weil.com
nick.reade@weil.com

*Counsel for Defendant*
*Journalism Development Network, Inc.*

2