IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| "NAZARBAYEV FUND" PRIVATE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>JOURNALISM DEVELOPMENT NETWORK, INC.,<br><br>*Defendant*. | Civil Action No. 22-cv-1880-JRR |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM BY DEFENDANT JOURNALISM DEVELOPMENT NETWORK, INC.

Journalism Development Network, Inc. ("JDN"), by and through its undersigned counsel, moves the Court for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Reasoning and authorities in support of the motion are set forth in the attached Memorandum. JDN respectfully requests a hearing for this motion.

Dated: November 15, 2022	Respectfully submitted,
Baltimore, Maryland

   /s/ *Andrew S. Tulumello*
Andrew S. Tulumello (Bar No. 15494)
Mark A. Perry (admission pending)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: 202.682.7000
Fax: 202.857.0940
drew.tulumello@weil.com
mark.perry@weil.com

Mark I. Pinkert (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: 305.577.3148
Fax: 305.374.7159
mark.pinkert@weil.com

Benjamin A. Apfel (admitted *pro hac vice*)
Nicholas J. Reade (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8000
benjamin.apfel@weil.com
nick.reade@weil.com

*Counsel for Defendant*
*Journalism Development Network, Inc.*

## CERTIFICATE OF SERVICE

I, Andrew S. Tulumello, hereby certify that on November 15, 2022, I caused the foregoing to be served upon all counsel of record electronically via the Court's electronic filing service.

Dated: November 15, 2022                  /s/ *Andrew S. Tulumello*
                                         Andrew S. Tulumello

                                         *Counsel for Defendant*
                                         *Journalism Development Network, Inc.*