# EXHIBIT B

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.



# Certificate of Accuracy

This is to certify that the attached translation, from **Russian** to **English** , is an accurate translation of the document:

**Email No. 7_Tolganay Response (2022-01-17)**
**Email No. 15_My Response (2022-01-20)**
**Email No. 5_Ruslan Sends Documents (2022-01-17)**

I, **Deana Davis** , declare under penalty of perjury that I understand the **English** language and the **Russian** language and that, to the best of my knowledge and belief, the statements in the **English** language in the attached translation have the same meanings as the **Russian** statements in the language in the original document, a copy of which I have examined.

Signature: _____

This document was acknowledged before me on the **9th** day of **November** , 20 **22** .

Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires:** 02/26/2025

QUALITY TRANSLATIONS

TRANSLATIONS

**From:** Miranda Patrucic miranda@occrp.org
**Subject:** Re: URGENT REQUEST TO PROVIDE INFORMATION
**Date:** January 20, 2022 at 7:31 AM
**To:** Matthew L. Schwartz mlschwartz@bsfllp.com
**Cc:** Ruslan Seidamatov rseidamatov@nu.edu.kz, Janet Turarbekova jbigali@nu.edu.kz, Tolganay Botakanova
t.botakanova@pci.kz , Yerbol Ornybayev y.orynbayev@jysanbank.kz, Yerden Kussain ekussain@nu.edu.kz, Dev Sen
DSen@BSFLLP.com, Aslan Sarinzhipov asarinzhipov@nu.edu.kz

---

Good morning Matthew,

The question of Mr. Nazarbayev's control over NF has been at the heart of our questions from the very beginning of our correspondence with Aslan, which began days ago.

He explained to us that Mr. Nazarbayev could not profit from the activities of the NF directly, and that he is not an "owner" of NF. We included this in our story and devoted considerable space to presenting Aslan's responses.

We have also read NF's charter, which Aslan provided to us, and consulted with multiple local legal experts. Our conclusion is as presented in the story. If you believe we are wrong, please explain to us exactly why. So far, we have not heard anything that would indicate this.

Sincerely,

Miranda

Miranda Patrucic
Deputy Editor in Chief, Regional and Central Asia

Organized Crime and Corruption Reporting Project
miranda@occrp.org
@MirandaOCCRP

www.occrp.org

On Jan 19, 2022, at 8:30 PM, Matthew L. Schwartz <mlschwartz@bsfllp.com> wrote:

Thank you Miranda. As best I can tell from the correspondence below, Aslan and other have been responding to all of your questions, as recently as yesterday. You responded later in the day yesterday with some additional questions, which Aslan referred to me. I offered to speak to you the same day.

Your response below, sent at 6:42 AM EST this morning, offered me the "opportunity" to speak before 8 AM EST, i.e., a window of less than 80 minutes before the start of the business day. Your story posted shortly thereafter.

Unfortunately, rather than have a discussion as you yourself had requested, you decided to publish. Your story, as it pertains to NF, is just wrong – it is wrong to say, as you did, that NF "is a private organization personally founded and controlled by

1

Nursultan Nazarbayev." Aslan made this point to you explicitly in the correspondence below. In that connection, I note that of the various foundations that were the subject of your reporting, it appears that only NF was willing to answer your questions and provide documents, a fact that again points to its independence.

I cannot understand why you would have foregone the opportunity for further engagement with NF, which would have helped assure the accuracy of your reporting. You say that my client could have responded days ago to your questions, but the most recent questions were only sent yesterday, and they responded promptly.

Given the errors in your reporting, we request that you run a correction immediately, or else retract those portions of the story pertaining to NF. Further, if you intend to do any further reporting about NF – which seems likely from your response below – please let us know your questions and we would be happy to discuss them with you. And kindly direct all inquiries going forward to me. Thank you.

Matthew L. Schwartz
BOIES SCHILLER FLEXNER LLP
212-303-3646 (Direct)
646-337-5787 (Mobile)

From: Miranda Patrucic <miranda@occrp.org>
Sent: Wednesday, January 19, 2022 6:42 AM
To: Matthew L. Schwartz <mlschwartz@BSFLLP.com>
Cc: Ruslan Seidamatov <rseidamatov@nu.edu.kz>; Janet Turarbekova
<jbigali@nu.edu.kz>; Tolganay Botakanova <t.botakanova@pci.kz>; Yerbol Ornybayev
<y.orynbayev@jysanbank.kz>; Yerden Kussain <ekussain@nu.edu.kz>;
Dev Sen <DSen@BSFLLP.com>; Aslan Sarinzhipov <asarinzhipov@nu.edu.kz>
Subject: Re: URGENT REQUEST TO PROVIDE INFORMATION

CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Matthew,

We see no issues remaining in the story that you can help with from United States. The questions we asked could have been addressed by the Foundation days ago. If you receive this email in time, we are willing to hold off publication and talk to you at any point before 8 AM EST. Otherwise the rapidly changing environment in Kazakhstan is compelling us to publish.

If we don't manage to speak before publication, and you are willing to provide us with documents and answers to our question, we would be willing to speak at any point.

Best, Miranda

Miranda Patrucic
Deputy Editor in Chief, Regional and Central Asia

Organized Crime and Corruption Reporting Project
miranda@occrp.org
@MirandaOCCRP

www.occrp.org

On Jan 19, 2022, at 12:51 AM, Matthew L. Schwartz
<mlschwartz@bsfllp.com> wrote:

Miranda –
I am following up on Aslan's note below, and on your suggestion of a call or
Zoom. Can you let me know what time tomorrow might be convenient to
speak about your planned reporting? Thank you.

Matthew L. Schwartz
BOIES SCHILLER FLEXNER LLP
212-303-3646 (Direct)
646-337-5787 (Mobile)

From: Miranda Patrucic <miranda@occrp.org>
Sent: Tuesday, January 18, 2022 2:31 PM
To: Aslan Sarinzhipov <asarinzhipov@nu.edu.kz>
Cc: Ruslan Seidamatov <rseidamatov@nu.edu.kz>; Janet Turarbekova
<jbigali@nu.edu.kz>; Tolganay Botakanova <t.botakanova@pci.kz>;
Yerbol Ornybayev <y.orynbayev@jysanbank.kz>; Yerden Kussain
<ekussain@nu.edu.kz>; Ron Wahid <mrw@magellanholdings.co.uk>; Dev
Sen <DSen@BSFLLP.com>; Matthew L. Schwartz
<mlschwartz@BSFLLP.com>
Subject: Re: URGENT REQUEST TO PROVIDE INFORMATION

CAUTION: External email. Please do not respond to or click on links/attachments unless
you recognize the sender.

Dear Aslan,

Bellow is the email I sent earlier in Russian. I will get back to you for your
suggestion about the call.

Best, Miranda

Once again, thank you for your helpful response. At this point, we
have run out of time for further conversations before the publication of
our story — we must move forward, since this information is in the

public interest.

We have made sure that your statements are reflected in our text.

Meanwhile, we still believe that the financial statements we asked for would also be in the public interest to reveal, and would be grateful if you could find a way to provide them.

We still have several unanswered questions:

1. What would prevent Nursultan Nazarbayev from changing the charter in any way he wants, or having the foundation move the assets out?

2. Who is the owner of this company, QAZ42 Investment, which has become a co-owner of Jysan Technologies (which, of course, is owned by the Nazarbayev Foundation)? This company appears to have acquired a stake worth $200 million for just $20 million. But because of a lack of transparency, the public — and even we journalists — have not been able to determine who has benefitted so immensely, apparently to the detriment of the Foundation.

3. A Luxembourg company called Pioneer Technologies — owned by another Luxembourg company, Pioneer Horizon East — has acquired a stake in the Kazakh mobile operator KCell. Because Pioneer Horizon East is a "special limited partnership," its owners are not revealed, and only looking in UK company documents enabled us to learn that it is owned by Jysan Technologies. Why are structures belonging to the Foundation using such secretive forms of incorporation to make major acquisitions?

We ask these questions because we see them as fundamentally important. We understand that, as founder, Mr. Nazarbayev cannot directly profit from the Nazarbayev Foundation. However, we have read the charter you provided, and it states quite clearly that, as head of the Supreme Board of Trustees, Mr. Nazarbayev has ultimate control over the Foundation's actions.

He could, for example, have the Foundation's assets sold or transferred in a way that is advantageous to him. We have seen this happen in the case of other private foundations founded by Mr. happen in the case of other private foundations founded by Mr. Nazarbayev.

4

If you or any of your colleagues would like to discuss this further, we can be available at 9am CET tomorrow.

Best regards,

Miranda Patrucic

Miranda Patrucic
Deputy Editor in Chief, Regional and Central Asia

Organized Crime and Corruption Reporting Project
miranda@occrp.org
@MirandaOCCRP

www.occrp.org

On Jan 18, 2022, at 7:11 PM, Aslan Sarinzhipov <asarinzhipov@nu.edu.kz> wrote:

Dear Miranda,

Thank you for your email.
Would you pls forward the above qwestions in English. Since some of the qwestions have legal nature we would like to engage our legal advisors to make sure that provided information is legally correct.
I cc Matthew and Dev from Boies, Schiller & Flexner as they will be evolved from now on.
As they are based in New York would you pls propose a later time tomorrow which will consider the time difference. We will greatly appreciate that.
Best regards,
Aslan

Tuesday, January 18, 2022, 19:53 Miranda Patrucic

Dear Aslan Bokenovich,

Thank you again for your response. Unfortunately, we don't have a lot of time for conversations before publishing our material – we have to move forward because the information is of public interest.

We made sure that your statements have been reflected in our material.

5

So far we still believe that the financial reports requested by us should also be made public and we would appreciate if you could find a way to provide them to us.

There are also several questions that we haven't yet received your answer to:

1. What could prevent Mr. Nazarbayev from changing the Charter at his discretion or to force the Foundation to move out the assets?
2. Who is the owner of the company QAZ42 Investment, which became the co-owner of Jysan Technologies (that, of course, belongs to the "Nazarbayev Foundation")? It seems like this company acquired a shares package worth US $ 200 million for only US $ 20 million. But due to the lack of transparency the public – and even us, journalists – could not determine who received such a great benefit clearly at the expense of the Foundation.
3. The Luxembourg company Pioneer Technologies, which belongs to another Luxembourg company, Pioneer Horizon East, acquired a share in the Kazakhstan's mobile operator KCell. Since Pioneer Horizon East is a special limited partnership, its owners are not disclosed, and only having checked the British company's documents we found out that it belongs to Jysan Technologies. Why do the Foundation's affiliates use such non-transparent property ownership of their legal entities instruments to make large acquisitions?

We are asking these questions because we consider them crucially important. We understand that Mr. Nazarbayev as a founder cannot profit directly from the "Nazarbayev Foundation". However, we read the Charter you provided, and it unequivocally states that, as the Head of the Supreme Board of Trustees, Mr. Nazarbayev executes full control over the Foundation activity.

Thus, he can, for example, dispose of, sell or transfer the Foundation's assets in a way beneficial to him. We have seen how it happened with other private foundations founded by Mr. Nazarbayev.

If you or your colleagues would like to discuss this matter in more detail, we could get in touch with you tomorrow at 9 am CET.

Regards,

Miranda Patrucic

Miranda Patrucic
Deputy Editor in Chief, Regional and Central Asia
Organized Crime and Corruption Reporting Project
miranda@occrp.org
@MirandaOCCRP
www.occrp.org

6

On Jan 18, 2022, at 8:45 AM, Aslan Sarinzhipov <asarinzhipov@nu.edu.kz> wrote:

Miranda,

Thank you for the questions.

In addition to the information we previously provided, I can say that first of all the Foundation is noncommercial organization (non for profit), i.e. it does not distribute profit among the founders. In accordance with Kazakhstan's law on non for profit organizations, all funds even in the event of liquidation have to be used for the initial goals of the organization, i.e. for the financing of "Nazarbayev University" and "Nazarbayev Intellectual Schools". Thus, the founder cannot remove the funds from the organization under any circumstances. The law prevails over the Charter and the justice authorities will not register such changes.

In the case you are referring to, the Supreme Board of Trustees will consist of three Chairmen of the Boards of Trustees of Nazarbayev University, Nazarbayev Intellectual Schools, and the Nazarbayev Foundation, and will play a coordinating role. All three Boards of Trustees will become self perpetuating, i.e. every year two thirds of the members will elect one third. Our chief legal counselor Yerden Kussain can provide you with a more detailed explanation, if necessary (cc). As a private organization, according to our regulations we do not have to make our reporting available in open access. But we can provide it to you if you sign a non disclosure agreement. This is because there may be information regarding foreign banks, partners or asset managers. They may object and we need to consult with their legal counselors. Perhaps we can provide partial reporting covering the balance chapters.

The questions on Jysan will be answered by Tolganay. She has already sent you information, as I have seen.

I am prepared to answer the interview questions over Zoom in a couple of days upon my return from a trip.

The University President, Shigeo Katsu, as one of the Foundation's trustees, is also ready to communicate with you.

Regards,

Aslan


Monday, January 17, 2022, 14:50 Miranda Patrucic

Dear Aslan Bokenovich and Ruslan Abdinurovich,

Thank you very much for your responses and the documents you provided.

According to the Charter "the Foundation's highest managing body is The Supreme Board of Trustees" headed by Nursultan Nazarbayev. In this connection with this we would like to ask several clarifying questions.

1. Despite your saying that Mr. Nazarbayev "doesn't possess property rights to the Foundation's property", as a founder, he can change the Foundation's Charter at any time, and as the Chairman of the Supreme Board of Trustees (VPS) he can influence decisions regarding the future of the Foundation.

We come to this conclusion based on your Charter provisions stipulating that the Foundation's highest managing body is VPS (which is headed by Mr. Nazarbayev). VPS functions in accordance with the Statute affirmed by the VPS' First Chairman (also Mr. Nazarbayev). And VPS' Chairman is appointed and removed from the position by VPS' First Chairman (Mr. Nazarbayev). The Board of Trustees, in its turn, appoints and removes from their positions the members of the executive body – the Board.

Does all the above mean that Mr. Nazarbayev has final and full control over the Foundation and can determine the future of the organization and its assets and dispose of them at his will? If this is not the case, could you please explain why?

2. What will happen to the Foundation and its assets in the case of Mr. Nazarbayev's death or incompetence? The Charter has no provision in this situation.

And several more additional questions:

1. In accordance with the principles of transparency, the public must have access to the annual reports and audits of the Foundation, but they have not been made public and you have not provided us with copies. Could you please send us copies of these documents?
2. According to the founding documents of the company Jysan Technologies from the UK, the company has three owners: the company Pioneer Capital Invest, a person named Yerbol Orynbayev, and the company QAZ42 Investment. Could you please provide information about the company which is the co-owner along with Pioneer Capital Invest and who owns this company?

The materials are being planned to be published very soon, therefore we ask that you provide your response (and provide the documents) as soon as possible.

We would also be happy to talk with you over Zoom. Please let us know when would be convenient for you tomorrow or tell us how to connect with you over the phone.

Thank you,

Miranda Patrucic

8

Miranda Patrucic
Deputy Editor in Chief, Regional and Central Asia
Organized Crime and Corruption Reporting Project

miranda@occrp.org
@MirandaOCCRP

www.occrp.org

On Jan 17, 2022, at 5:44 AM, Aslan Sarinzhipov
<asarinzhipov@nu.edu.kz> wrote:

**Miranda**,

*1. Why does the "Nazarbayev Foundation" belong to Nursultan Nazarbayev personally, and not to the "Nazarbayev University" or "The Nazarbayev Intellectual Schools"? Why was it registered in the law firm of a private foundation?*

The Foundation is a non-for-profit organization based on the principles of autonomy, self-management, collective decision-making, social accountability, and transparency. The Foundation is a classic endowment foundation of educational organizations by analogy with the best international practice (Harvard, Stanford, and Duke endowment funds, etc.) and was created exclusively to provide funding for the activity of autonomous educational organizations — the "Nazarbayev University", "The Nazarbayev Intellectual Schools" and their organizations.
In pursuance of the Foundation's Charter, the Foundation's founder (the First President of Kazakhstan — Yelbasy) has no property rights to the Foundation's property (is not the owner) and is not liable for the obligations of the Foundation, whereas the Foundation is not liable for the obligations of the Foundation.

*2. Does the "Nazarbayev Foundation" really finance the "Nazarbayev University" and "The Nazarbayev Intellectual Schools"? What percentage of the funding is provided by the "Nazarbayev Foundation"?*

The Foundation was established exclusively to provide funding for the activity of the NU and NIS, as well as their affiliated subsidiaries. According to the generally accepted international practice of the endowment funds' activity, the Foundation directs the income from the investment activity to fund the research and development activity (scientific centers and scientific projects of professors and students), to obtain necessary laboratory equipment and consumables, support of students, etc. This approach allows us to provide funding for scientific and educational activity in the long term. To date, the Foundation funded the abovementioned expenses of the NU for 46.5 million USD (more than 20 billion tenge). These expenses are evidenced by the reports of international audit companies.

*3. Can you provide us with the Charter and annual reports of the "Nazarbayev Foundation"?*

9

*4. If the "Nazarbayev Foundation" is supposed to fund the "Nazarbayev University" and "The Nazarbayev Intellectual Schools", then why did these educational institutions need to establish their own foundations — the "Social development foundation" and "Development foundation"?*

*The SDF and DF are funding social programs, which beneficiaries are socially vulnerable students, teachers, and wider community, but not the organizations of the NU and NIS in the framework of its community service mission implementation.* ***The Nazarbayev Foundation cannot fund anyone else except for the NU and NIS.***

*5. Why did the "Nazarbayev Foundation" become the majority owner of Pioneer Capital Invest company in 2019, which previously belonged to the corporate foundations of the "Nazarbayev University" and "The Nazarbayev Intellectual Schools"?*

The Foundation invested in Pioneer Capital Invest in 2019 and became the majority owner in the framework of the deal for acquisition and restructuring of the second-tier bank.

\*\*\* In response to the problems in the banking sector, the NU and NIS have established Pioneer Capital Invest (PCI) and First Heartland Securities (FHS) investment holding in 2017, that acquired 100% of shares of the JSC "Expobank". The NU, NIS and their affiliated subsidiaries have transferred their financial assets to it and moved their business there. In 2018, the PCI had its capital increased by 200 million USD from the funds of the NF. In accordance with the memorandum that was signed by the Government, National Bank and the Agency of the Republic of Kazakhstan for Regulation and Development of the financial market, those funds were used for the bailout and capital increase of JSC "Tsesna Bank" (2018) and JSC "ATF Bank" (2020). Said banks were merged into a unified JSC "Jusan Bank"; work was done to clean up the portfolios and debt restructuring, which generally normalized the activities of the bank as well as of its subsidiaries.

*6. How much money has the "Nazarbayev Foundation" invested into Pioneer Capital Invest? What is the source of these funds?*

The Foundation invested 70 billion tenge in 2019 in the framework of a deal for acquisition and restructuring of a second-tier bank in the territory of the Republic of Kazakhstan. In 2021, the Foundation invested 86 billion tenge as part of a deal to acquire a second-tier bank in the territory of the Russian Federation. The source of the Foundation's funds are donor contributions and donations, as well as the investment income of the previous years.

The rest of the information will be provided by colleagues from the PCI and the Foundation.

Best regards,
A. Sarinzhipov

On Fri, Jan 14, 2022 at 2:39 PM Miranda Patrucic <miranda@occrp.org> wrote:

Dear Aslan Bokenovich,

Thank you for your swift response. Attached is the official signed request that we have supplemented with a couple of questions. Also attached is a separate request regarding The Nazarbayev Intellectual Schools Corporate Fund. We were asked to forward it to you. I would be glad to talk on Zoom.
Looking forward to your responses and requested documentation.

Best regards,

Miranda Patrucic
OCCRP Deputy Editor-in-Chief

Miranda Patrucic
Deputy Editor in Chief, Regional and Central Asia
Organized Crime and Corruption Reporting Project
miranda@occrp.org
@MirandaOCCRP
www.occrp.org

On Jan 14, 2022, at 10:27 AM, Aslan Sarinzhipov <asarinzhipov@nu.edu.kz> wrote:

Good afternoon, Miranda,

I am a Board Chairman of the "Nazarbayev Foundation". It is an educational endowment foundation that was created to provide financing to the NU, NIS, and their organizations. It was established by the First president of Kazakhstan, he is the founder, but not the owner as we are a non-for-profit organization (i.e. the founder has no right to gain profit from the foundation's activity. The Foundation was established thanks to the donations of private companies and individuals. The investment income from the Foundation's investments is used to fund the NU and NIS. Its activity is governed by the Law of the Republic of Kazakhstan "on the status of the Nazarbayev University, The Nazarbayev Intellectual Schools and the Nazarbayev Foundation". Our activity is transparent, managed by the board of trustees and audited by international audit companies. To date, we have funded the NU for more than 20 billion tenge. All that is available in our annual reports.

The Foundation invested 200 million dollars into PCI that was engaged in the purchase and restructuring of the banks. The companies mentioned in clause 7 are mainly the assets and subsidiaries of the banks.

We can answer questions 1-6 through our communications manager (Zhanetta, cc'd here). Question 7 has to be forwarded to the PCI (Tolganai in cc). Even though the information requested is quite extensive.

11

We would need to receive from you an official request on a signed letterhead document (scan is acceptable). We can talk over the phone or Zoom (depending on where you are located). We can provide more detailed information in response to an official request.

Best regards,
A. Sarinzhipov
Board Chairman
The Nazarbayev Foundation

On Fri, Jan 14, 2022 at 11:44 AM Miranda Patrucic <miranda@occrp.org> wrote:

Dear Aslan Bokenovich,

We are a group of journalists from The Organized Crime and Corruption Reporting Project (OCCRP). We are working on a topic related to how a network of foundations of the first president accumulated substantial valuable assets — banks, hotels, shopping centers, an aircraft, etc.

One of such foundations is the "Nazarbayev Foundation", which you are the head of. It was created to provide funding for the "Nazarbayev University" and "The Nazarbayev Intellectual Schools", but its owner is Nursultan Nazarbayev, however, public coverage of his activities does not reflect the actual funding of these educational institutions by the foundation.

We would like to ask you a few questions in connection with the content of our material, and would like to ask you to answer them:

1. Why does the "Nazarbayev Foundation" belong to Nursultan Nazarbayev personally, and not to the "Nazarbayev University" or "The Nazarbayev Intellectual Schools"? Why was it registered in the law firm of a private foundation?

2. Does the "Nazarbayev Foundation" really finance the "Nazarbayev University" and "The Nazarbayev Intellectual Schools"? What percentage of the funding is provided by the "Nazarbayev Foundation"? Can you provide the documents evidencing when and how much money was allocated by the foundation for these educational institutions?

3. Can you provide us with the Charter and annual reports of the "Nazarbayev Foundation"?

4. If the "Nazarbayev Foundation" is supposed to fund the "Nazarbayev University" and "The Nazarbayev Intellectual Schools", then why did these educational institutions need to establish their own foundations — the "Social development foundation" and "Development foundation"?

5. Why did the "Nazarbayev Foundation" become the majority owner of Pioneer Capital Invest company in 2019, which previously belonged to the corporate foundations of the "Nazarbayev University" and "The Nazarbayev Intellectual Schools"?

12

6. How much money has the "Nazarbayev Foundation" invested into Pioneer Capital Invest? What is the source of these funds?

7. How much did Pioneer Capital Invest and its subsidiaries pay to acquire the following property, assets, and enterprises:

- First Heartland Jusan Bank;
- "ATB Bank";
- "Quant Mobile Bank";
- Kcell;
- "Jusan Garant" insurance company;
- First Heartland Jusan Invest;
- "Ousa Yug";
- First Heartland Capital;
- "Tsesna Mart" noodle factory;
- "Tsesna Mak" Limited Liability Partnership;
- "Tsesna-Astyk Concern" corn mill factory;
- "Astykzhan-1" shopping center;
- "Astykzhan-2" shopping center;
- "Jafar" shopping center;
- "Azhar" shopping center;
- "Universal" shopping center;
- Astana Cargo Service Terminal;
- Astyk Logistic warehouse;
- "Tsesna-Astyk Elevator" grain warehouse;
- "Tsesna Astyk" online store;
- "Sapa Nan" factory;
- "Astykzhan Kostanay" Trade house and online store;
- "Kunar Trade";
- Jusan Mart online store;
- Jusan Mobile;
- JPost delivery service;
- "Almanit RUS" online store;
- "Optima Bank";
- "ATF Bank";
- JT International S.a.r.l.;
- First Management S.a.r.l;
- First Heartland Bank;
- Plus Bank;

13

8. Under what circumstances did the affiliated subsidiaries of the "Nazarbayev Foundation" organization receive five land lots in the VILLA Boutiques & Restaurants territory for temporary use? What are your plans for these lands?

To ensure that your opinion is reflected in our material, we hereby ask you to provide your response no later than Monday evening of January 17th.

Best regards,

Miranda Patrucic
OCCRP Deputy Editor-in-Chief

Miranda Patrucic
Deputy Editor in Chief, Regional and Central Asia
Organized Crime and Corruption Reporting Project
miranda@occrp.org
@MirandaOCCRP
www.occrp.org

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]