# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

"NAZARBAYEV FUND" PRIVATE FUND,

    *Plaintiff*,

v.

JOURNALISM DEVELOPMENT NETWORK, INC.,

    *Defendant*.

Civil Action No. 22-cv-1880-JRR

## DECLARATION OF MARK A. PERRY IN SUPPORT OF DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

I, Mark A. Perry, declare as follows

1. I am an attorney licensed to practice law in the State of California and the District of Columbia, and I have been admitted to practice in the District of Maryland. I am a partner of Weil, Gotshal & Manges LLP, and counsel of record for Defendant Journalism Development Network, Inc. in the above-captioned matter. I submit this declaration in support of Defendant's Reply in Further Support of its Motion to Dismiss. If called as a witness in this matter, I would and could competently testify to the truth of the matters stated in this Declaration.

2. Attached to Defendant's Reply in Support of its Motion to Dismiss is a chart captioned Exhibit I.

3. Exhibit I is a true and correct copy of a chart that was prepared by my staff at my direction. The chart compares the statements that Plaintiff asserts are defamatory or false in its

Opposition to Defendant's Motion to Dismiss to the statements as they actually appear in the Article "The Nazarbayev Billions: How Kazakhstan's 'Leader of the Nation' Controls Vast Assets Through Charitable Foundations," published on January 19, 2022.

4. To my knowledge and information, <u>Exhibit I</u> accurately reflects the statements directly addressed in Plaintiff's Opposition. All of those statements are recited in the Complaint and/or the Article (which is incorporated by reference in the Complaint), and thus may be considered by the Court on a motion to dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct based on my personal knowledge, information and belief.

Dated: December 13, 2022     /s/ Mark A. Perry
                             Mark A. Perry (Bar No. 30479)
                             WEIL, GOTSHAL & MANGES LLP
                             2001 M Street NW, Suite 600
                             Washington, DC 20036
                             Telephone: 202.682.7511
                             Fax: 202.857.0940
                             mark.perry@weil.com

                             *Counsel for Defendant*
                             *Journalism Development Network, Inc.*