# **EXHIBIT I**

# Statements Attacked in Plaintiff's Opposition to Motion to Dismiss

*Nazarbayev Fund Private Fund v. Journalism Development Network, Inc.*
22-cv-1880 (D. Md.)

| Statement Quoted in Opposition | Statement(s) in Article |
|---|---|
| "Kazakhstan's state media has devoted frequent upbeat coverage to the good works performed by Nazarbayev's multiple charitable foundations. But they have another function: Owning assets worth billions of dollars." Opp. at 5. | "Kazakhstan's state media has devoted frequent upbeat coverage to the good works performed by Nazarbayev's multiple charitable foundations. But they have another function: Owning assets worth billions of dollars." Ex. A at 1. |
| "The Nazarbayev assets under the control of charitable foundations include luxury hotels, banks, factories, warehouses, and other possessions amounting to at least $8 billion." Opp. at 5. | "The Nazarbayev assets under the control of charitable foundations include luxury hotels, banks, factories, warehouses, and other possessions amounting to at least $8 billion." Ex. A at 1. |
| "Nazarbayev does not formally 'own' this fortune, but since he is the founder of these organizations, he does control it." Opp. at 5, 11, 17. | "Nazarbayev does not formally 'own' this fortune, but since he is the founder of these organizations, he does control it." Ex. A at 1. |
| "Legal experts say that, in this arrangement, he has the ultimate say-so in what the foundations do — and this includes selling or giving away anything they own." Opp. at 5, 11, 17. | "Legal experts say that, in this arrangement, he has the ultimate say-so in what the foundations do — and this includes selling or giving away anything they own." Ex. A at 1. |
| "Defendant published the Story saying that Mr. Nazarbayev 'hid' assets 'in a network of foundations,' including the Fund, 'that answer only to him.'" Opp. at 1; *see also id.* at 2, 11, 13, 17, 26, 31. | "The former president — laying low since the country plunged into protest and violence in early January — hid banks, hotels, and a $100 million jet in a network of foundations that answer only to him." Ex. A at 1. |
| "Defendant . . . claimed that Kazakhstani law gives Mr. Nazarbayev 'ultimate control over [the Fund's] assets.'" Opp. at 1. | "[L]egal experts contacted by OCCRP explained that, under Kazakhstani law, the founder of a private foundation has ultimate control over its assets." Ex. A at 2. |
| "Defendant plainly knew it was false to report that the Fund 'did not respond to reporters' questions about what would prevent Nazarbayev from moving assets out of the | "Sarinzhipov did not respond to reporters' questions about what would prevent Nazarbayev from moving assets out of the |

| **Statement Quoted in Opposition** | **Statement(s) in Article** |
|---|---|
| Foundation for his own benefit, if he chose to do so.'" Opp. at 3; *see also id.* at 11, 12, 26. | Foundation for his own benefit, if he chose to do so." Ex. A at 9. |
| "Defendant contends Plaintiff failed to plead falsity because the Complaint acknowledges the existence of a Kazakhstani law that Defendant calls the 'inviolability law.' As described in the Story, this law provides, 'The First President of the Republic of Kazakhstan - Elbasy possesses immunity. He cannot be held responsible for actions taken during [his] period of office … and after their termination, [those committed] in connection with the exercise of his status of the First President ... He cannot be subject to detention, arrest and custody, interrogation, or personal search.'" Opp. at 8. | "The First President of the Republic of Kazakhstan - Elbasy possesses immunity. He cannot be held responsible for actions taken during [his] period of office … and after their termination, [those committed] in connection with the exercise of his status of the First President ... He cannot be subject to detention, arrest and custody, interrogation, or personal search." Ex. A at 4. |
| "According to Defendant, the Story references Mr. Nazarbayev's 'authoritarian rule over Kazakhstan from 1990 to 2019,' the regime's 'suppression of speech and political opposition' and describes a culture of 'cronyism that allowed him and his allies to amass wealth and influence.' In Defendant's own words, 'Mr. Nazarbayev . . . exercised vast, dictatorial powers.'" (citing Mot. at 3). Opp. at 17-18. | "Nazarbayev was overwhelmingly reelected after the country gained its independence the following year, setting the stage for decades of one-man rule. Over that period, Kazakhstan's constitution was amended several times to expand Nazarbayev's presidential powers and allow him — and only him — to run for reelection as many times as he wished. His Nur Otan party became the dominant force in a rubber-stamp parliament." Ex. A at 4.<br><br>"Even as his regime repeatedly suppressed freedom of speech and political opposition, it allowed a circle of businessmen close to him to amass enormous fortunes and influence after a wave of privatizations." Ex. A at 4<br><br>"Some of the assets were transferred to Nazarbayev's foundations, or are still co-owned, by oligarchs who owe their riches to the crony capitalism that flourished during his rule." Ex. A at 3. |
| "Because the foundations do not publish annual reports, and some of their assets are hidden behind secretive foreign commercial structures, there is little transparency in where these billions are or where they might end up | "Because the foundations do not publish annual reports, and some of their assets are hidden behind secretive foreign commercial structures, there is little transparency in where these billions are or where they might end up— |

2

| **Statement Quoted in Opposition** | **Statement(s) in Article** |
|---|---|
| — especially since the country has plunged into turmoil." Opp. at 5, 13, 14, 25. | especially since the country has plunged into turmoil." Ex. A at 1. |
| "The Story also states that the Fund has 'secretly acquired stakes in dozens of businesses' without explaining that such 'secrets' were disclosed in U.K. public filings." Opp. at 5; *see also id.* at 13. | "[T]hese organizations have secretly acquired stakes in dozens of businesses." Ex. A at 2.<br><br>"It is impossible to determine who is behind [QAZ42 Investment] and its highly lucrative deal, since not even the country of its incorporation is known. Reporters only managed to learn of it because of a U.K. corporate filing." Ex. A at 9. |
| "Plaintiff alleges that the statement a company acquired a stake in a Fund-affiliated entity 'worth over $200 million [where] it paid just $20 million' was false." Opp. at 15-16. | "[A] mysterious company called QAZ42 Investment acquired a 3 percent stake in Jusan Technologies and its billions of assets, effectively diluting the Nazarbayev Foundation's share. For this stake, worth over $200 million, it paid just $20 million." Ex. A at 9. |