IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| "NAZARBAYEV FUND" PRIVATE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>JOURNALISM DEVELOPMENT NETWORK, INC.,<br><br>*Defendant*. | Civil Action No. 22-cv-1880-JRR |

## REQUEST FOR HEARING

Defendant, Journalism Development Network, Inc., by and through its undersigned counsel, requests a hearing on the Defendant's Motion to Dismiss pursuant to Local Rule 105.6.

| | |
|---|---|
| Dated: December 13, 2022<br>Baltimore, Maryland | Respectfully submitted,<br><br> /s/ *Mark A. Perry*  <br>Mark A. Perry (Bar No. 30479)<br>Andrew S. Tulumello (Bar No. 15494)<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: 202.682.7000<br>Fax: 202.857.0940<br>mark.perry@weil.com<br>drew.tulumello@weil.com<br><br>Mark I. Pinkert (admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Telephone: 305.577.3148<br>Fax: 305.374.7159<br>mark.pinkert@weil.com<br><br>Benjamin A. Apfel (admitted *pro hac vice*)<br>Nicholas J. Reade (admitted *pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: 212.310.8000<br>benjamin.apfel@weil.com<br>nick.reade@weil.com<br><br>*Counsel for Defendant*<br>*Journalism Development Network, Inc.* |

## CERTIFICATE OF SERVICE

I, Mark A. Perry, hereby certify that on December 13, 2022, I caused the foregoing to be served upon all counsel of record electronically via the Court's electronic filing service.

Dated: December 13, 2022                   /s/ *Mark A. Perry*
                                           Mark A. Perry

                                           *Counsel for Defendant*
                                           *Journalism Development Network, Inc.*