UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| "NAZARBAYEV FUND" PRIVATE FUND,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOURNALISM DEVELOPMENT NETWORK, INC.<br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 22-cv-1880-JRR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff "Nazarbayev Fund" Private Fund hereby dismisses this action without prejudice. Dismissal is proper under Rule 41(a)(1)(A)(i) because Defendant has neither served an answer nor a motion for summary judgment.

1

Dated: New York, New York
December 15, 2022

By:  /s/ Matthew L. Schwartz
BOIES SCHILLER FLEXNER LLP

Michael Mitchell (Bar No. 30352)
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
mmitchell@bsfllp.com

Matthew L. Schwartz (*pro hac vice*)
55 Hudson Yards
New York, New York 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com

Joseph F. Kroetsch (*pro hac vice*)
333 Main Street
Armonk, New York 10504
Tel.: (914) 749-8200
Fax: (914) 749-8300
jkroetsch@bsfllp.com

*Counsel for Plaintiff "Nazarbayev Fund" Private Fund*